**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 98-7623**

─────────────

UNITED STATES OF AMERICA,

                                      Plaintiff - Appellee,

          versus

THERON JOHNNY MAXTON,

                                      Defendant - Appellant.

─────────────

Appeal from the United States District Court for the District of South Carolina, at Columbia.  Dennis W. Shedd, District Judge. (CR-97-490)

─────────────

Submitted:  January 21, 1999          Decided:  February 9, 1999

─────────────

Before LUTTIG, MOTZ, and KING, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Theron Johnny Maxton, Appellant Pro Se.  Deborah Brereton Barbier, OFFICE OF THE UNITED STATES ATTORNEY, Columbia, South Carolina, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Theron Johnny Maxton appeals the district court's order deny-ing his "Petition for a Hearing to Have Joyce Brown Charge [sic] For Perjury" for lack of subject matter jurisdiction.  We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  See United States v. Maxton, No. CR-97-490 (D.S.C. Oct. 16, 1998).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED